Michael J. McCue
Nevada Bar No. 6055
Zachary T. Gordon
Nevada Bar No. 13133
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
E-mail: MMcCue@LRRC.com
E-mail: ZGordon@LRRC.com

*Attorneys for Plaintiff*
*CityCenter Land, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CITYCENTER LAND, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FARAHMAND RAHMANI, an individual,<br><br>Defendant. | Case No.:   2:17-cv-02136<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and District of Nevada Local Rule IB 7.1-1, Plaintiff, CityCenter Land, LLC, by and through its counsel, states the following:

1. Pursuant to Federal Rule of Civil Procedure 7.1, MGM Resorts International, a publicly traded Delaware corporation, indirectly owns more than 10% of CityCenter Land, LLC, through a joint venture between its subsidiary, Project CC, LLC, and Infinity World Development Corp., an indirect and wholly owned subsidiary of Dubai World, a Dubai United Arab Emirates government decree entity.

2. Pursuant to District of Nevada Local Rule IB 7.1-1, the undersigned, counsel of record for Plaintiffs, certifies that, except as stated above, and except for the parties participating in this case, there are no known persons who have a direct, pecuniary, interest in the outcome of this case.

These representations are made to enable the judges of the Court to evaluate possible

102052547_1

disqualification or recusal.

Dated this 9th day of August, 2017.

                Respectfully submitted,

                LEWIS ROCA ROTHGERBER LLP

                By: /s/ Michael J. McCue
                Michael J. McCue
                Zachary T. Gordon
                3993 Howard Hughes Parkway, Suite 600
                Las Vegas, Nevada  89169
                Tel: (702) 949-8200

                *Attorneys for Plaintiff CityCenter Land, LLC*

-2-

102052547_1